**Michael A. HILL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52472.**

Missouri Court of Appeals, Western District.

Oct. 22, 1996.

Andrew A. Schroeder, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

***ORDER***

PER CURIAM.

Appeal from order of the motion court denying Rule 24.035 motion for postconviction relief.

Order denying Rule 24.035 motion affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Trevin WINSLOW, Appellant.**

**No. WD 52303.**

Missouri Court of Appeals, Western District.

Oct. 22, 1996.

Appeal from the Circuit Court of Buchanan County, Lloyd G. Zahnd, Judge.

Jason Soper, Asst. Public Defender, St. Joseph, for appellant.

Hershel D. Shepherd, Asst. Pros. Atty., Buchanan County, St. Joseph, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and LAURA DENVIR STITH, JJ.

The appellant was convicted in a jury trial of the class B misdemeanor of driving while intoxicated. His sole point of error relates to the trial court's refusal to submit the affirmative defense of justification by necessity, Section 563.026, RSMo, 1994. Judgment affirmed. Rule 30.25(b).